**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS,**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **The Cincinnati Insurance Company**, Plaintiff | ) | |
| v. | ) | **Case No. 24-cv-04328-MJK-JTG** |
| **Metropolis Condominium Association; et al.** Defendants | ) | |

**JOINT STATUS REPORT**

Plaintiff, The Cincinnati Insurance Company ("Cincinnati"), and Defendant, Metropolis Condominium Association ("Metropolis"); and Defendants Teamsters Local Union No. 727 Pension Fund, by and through its Board of Trustees, John T. Coli, Jr., Caleen Carter-Patton, Michael Degard, Nicholas Micaletti, John Mc Carthy, Gregory T. Youmans, Carl S. Tominberg and Robert Sheehy; Teamsters Local Union No. 727 Health & Welfare Fund, by and through its Board of Trustees John T. Coli, Jr., Caleen Carter-Patton, Michael Degard, Nicholas Micaletti, John Mc Carthy, Gregory T. Youmans, Carl S. Tominberg and Robert Sheehy; Teamsters Local Union No. 727 Legal & Educational Assistance Fund, by and through its Board of Trustees, John T. Coli, Jr., Caleen Carter-Patton, Michael Degard, Nicholas Micaletti, John Mc Carthy, Gregory T. Youmans, Carl S. Tominberg and Robert Sheehy; Parking Industry Labor Management Committee, by and through its Board of Trustees John T. Coli, Jr., Nicholas Micaletti, James Buczek, and Michael Prussian (collectively referred to herein as the "Funds"), by and through their respective counsel, submit, pursuant to this Court's August 31, 2026 Order, the following joint status report on the status of settlement:

As stated in Magistrate Judge Jantz's August 28, 2026 Order, Cincinnati and Metropolis accepted the written mediator's proposal.

Since then, Cincinnati and Metropolis have been working with each other and with the Teamsters Funds to finalize the settlement. On September 2, 2026, counsel for Cincinnati provided a draft settlement agreement and release to Metropolis and the Funds. On September 15, 2026, Metropolis advised that it requested no changes to that draft settlement agreement. On September 16, 2026, the Funds returned a red-lined mark-up containing a few revisions, which revisions Cincinnati and Metropolis agreed to incorporate. Consequently, on September 16, 2026, Cincinnati's counsel prepared a final execution copy of the settlement agreement, and forwarded it to Metropolis and the Funds' counsel and to Cincinnati for each party's signature. Pursuant to the settlement agreement terms, the settlement payment will be due 14 days after all parties have executed the settlement agreement.

Dated: September 17, 2026

Respectfully submitted:

*Counsel for Plaintiff, The Cincinnati Insurance Company*

By: /s/ Nancy K. Tordai
Nancy K. Tordai (ARDC # 6182953)
PETERS & NYE LLP
14 Executive Court, Suite 2
South Barrington, IL 60010
Telephone Number: 847-423-3053
Email: nancytordai@petersnye.com

*Counsel for Defendant, Metropolis Condominium Association*

By: /s/ Daniel V. Kinsella
Daniel V. Kinsella
Amelia S. Newton
Paul C. Do
Chris McMican
Clark Hill, PLC

130 E. Randolph Street, Suite 3900
Chicago, Illinois 60601
Telephone Number: 312.985.5902
Email: dkinsella@clarkhill.com
anewton@clarkhill.com
pdo@clarkhill.com
cmcmican@clarkhill.com

*Counsel for Defendants Teamsters Local Union No. 727 Pension Fund, by and through its Board of Trustees, John T. Coli, Jr., Caleen Carter-Patton, Michael Degard, Nicholas Micaletti, John Mc Carthy, Gregory T. Youmans, Carl S. Tominberg and Robert Sheehy; Teamsters Local Union No. 727 Health & Welfare Fund, by and through its Board of Trustees John T. Coli, Jr., Caleen Carter-Patton, Michael Degard, Nicholas Micaletti, John Mc Carthy, Gregory T. Youmans, Carl S. Tominberg and Robert Sheehy; Teamsters Local Union No. 727 Legal & Educational Assistance Fund, by and through its Board of Trustees, John T. Coli, Jr., Caleen Carter-Patton, Michael Degard, Nicholas Micaletti, John Mc Carthy, Gregory T. Youmans, Carl S. Tominberg and Robert Sheehy; Parking Industry Labor Management Committee, by and through its Board of Trustees John T. Coli, Jr., Nicholas Micaletti, James Buczek, and Michael Prussian*

By: /s/ Paul Ryan
William M. Tasch
Paul Ryan
CTM Legal Group
77 W. Washington Street, Suite 2120
Chicago, IL 60602
Telephone Number: 312-818-6700
Email: William.tasch@ctmlegalgroup.com
pryan@ctmlegalgroup.com